UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | 1:05-CR-0048 OWW |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER FOR RETURN OF |
| **EDITH ORTIZ-CISNEROS,** | ) | NOTE AND DEED OF TRUST |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The above-named defendant having surrendered to the custody of the Bureau of Prisons as directed;

IT IS HEREBY ORDERED that the Note and Deed of Trust posted in this matter be returned to the surety.

Deed No.:     05-0034788

Receipt No.:  100-202047

IT IS SO ORDERED.

Dated:   **January 23, 2008**             /s/ Oliver W. Wanger
                                  UNITED STATES DISTRICT JUDGE